UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KATEALIA J. CHAMBERS,

        Plaintiff(s),        CIVIL ACTION NO. 04-70016

v.        HONORABLE AVERN COHN

EDITH TREMONTI, et al,

        Defendant(s).
_____/

## ORDER OF DISMISSAL WITH PREJUDICE

On January 28, 2005 the Court entered an order allowing the Plaintiff to complete service of the remaining defendants within thirty days. Upon review of the docket the remaining defendants have not been served. The Court being fully advised in the premises,

IT IS HEREBY ORDERED that the case is DISMISSED WITH PREJUDICE for lack of prosecution.

SO ORDERED.

Dated: June 17, 2005

        s/Avern Cohn
        AVERN COHN
        UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was sent to counsel of record on this date, June 17, 2005, by electronic and/or ordinary mail.

        s/Julie Owens
        Case Manager, (313) 234-5160